John R. Barhoum, WSBA No. 42776
Email: john.barhoum@chockbarhoum.com
Chock Barhoum LLP
121 SW Morrison Street, Suite 500
Portland, OR 97204
Telephone: (503) 233-3000
     Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

TACOMA DIVISION

| | |
|---|---|
| NANCY PRICE, an individual,<br><br>                       Plaintiff,<br><br>     v.<br><br>WALMART, INC., a Delaware Corporation,<br><br>                       Defendant. | Civil Case No. 2:20-cv-01331<br><br>**DEFENDANT'S NOTICE OF REMOVAL OF ACTION**<br><br>JURY TRIAL REQUESTED |

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1441, § 1446, and § 1332(a), Defendant Walmart, Inc. ("Defendant") removes this action from the Superior Court of the State of Washington for the County of Clark to the United States District Court for the Western District of Washington, Tacoma Division.

**RELEVANT FACTS**

On July 17, 2020, Plaintiff filed a lawsuit against Defendant, captioned *Nancy Price v. Walmart Inc.,* Case No. 20-2-01416-06, filed in the Superior Court for the State of Washington for the County of Clark. A true and accurate copy of the Complaint is attached hereto as Exhibit A. True and accurate copies of the Summons is attached as Exhibit B to the Declaration of John R. Barhoum ("Barhoum Dec."), filed concurrently herewith. On July 21, 2020, Plaintiff served Defendant with the Summons and Complaint for Money Damages. A true and accurate copy of

**DEFENDANT'S NOTICE OF REMOVAL OF ACTION** - 1

the Return of Service is attached to the Barhoum Dec. as Exhibit D.  Defendant filed a Notice of Appearance on July 24, 2020 that is attached the Barhoum Dec. as Exhibit C.  These documents, taken together, constitute all process, pleadings, and orders served on Defendant in that action up to the present date.  In an email dated August 6, 2020, Plaintiff's attorney provided written confirmation that Plaintiff's claim for relief against Defendant exceeds $75,000.  *See* Barhoum Dec., Ex. E.

**GROUNDS FOR REMOVAL**

Pursuant to 28 U.S.C. § 1441(a), a defendant may remove an action filed in the state court to the United States District Court if the district court has diversity jurisdiction over the action. This action is one over which the district court has diversity jurisdiction under 28 U.S.C. § 1332(a)(1).  The grounds for removal of this action are:

1. Plaintiff's principle claims for relief against Defendant exceed $75,000.  In an email dated August 6, 2020, Plaintiff's attorney provided written confirmation that Plaintiff's claim for relief against Defendant exceeds $75,000.  *See* Barhoum Dec., Ex. E.

2. Plaintiff and Defendant are residents of different states.  Plaintiff is a resident of Clark County, Washington.  *See* Complaint ¶1.  Defendant is incorporated and has a principal place of business in another state (Benton County, Arkansas).  *See* Complaint ¶1; *see also* Defendant's Corporate Disclosure Statement (being filed concurrently).  Defendant is headquartered with its principal place of business in Bentonville, Arkansas, Complaint ¶1; *see also* Defendant's Corporate Disclosure Statement (being filed concurrently).  Therefore, the United States District Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a)(1).

3. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b), as less than 30 days have elapsed since Plaintiff has provided notice to Defendant that Plaintiff's claim for relief against Defendant exceeds $75,000 (in email correspondence dated August 6, 2020), following service of the Summons and Complaint on Defendant on July 21, 2020.  A copy of the Service of Process Transmittal received from Defendant's authorized registered agent for service of process is attached to the Barhoum Dec. Exhibit C.  *See* Barhoum Dec., Ex. E.

**DEFENDANT'S NOTICE OF REMOVAL OF ACTION** - 2

4. No further proceedings have occurred in the Superior Court of the State of Oregon for the County of Clark as of the date of this removal other than outlined herein.

5. Counsel for Defendant will file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of Washington for the County of Clark and will give notice of the same to Plaintiff as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant prays that this action be removed from the Circuit Court for the State of Washington for the County of Clark and placed on the docket of the United States District Court for the Western District of Washington in the Tacoma Division.

Dated this 4th day of September, 2020.

**CHOCK BARHOUM LLP**

John R. Barhoum, OSB No. 045150
Email: john.barhoum@chockbarhoum.com
Attorneys for Defendant Walmart

**DEFENDANT'S NOTICE OF REMOVAL OF ACTION - 3**

John R. Barhoum, WSBA No. 42776
Email: john.barhoum@chockbarhoum.com
Chock Barhoum LLP
121 SW Morrison Street, Suite 500
Portland, OR 97204
Telephone: (503) 233-3000
    Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NANCY PRICE, an individual, <br><br> Plaintiff, <br><br> v. <br><br> WALMART, INC., a Delaware Corporation, <br><br> Defendant. | Civil Case No. 2:20-cv-01331 <br><br> CERTIFICATE OF SERVICE |

I hereby certify that a true copy of the foregoing **DEFENDANT'S NOTICE OF REMOVAL OF ACTION** was served on:

Allen J. Kim, WSBA #42015
The Law Offices of Allen J. Kim, PLLC
800 N Devine Road
Vancouver, WA 98661
   *Attorneys for Plaintiff*

☐ By hand delivery
☐ By first-class mail*
☐ By overnight mail
☐ By facsimile transmission
   Fax #:
☒ By e-mail
   allenkimlaw@gmail.com

*With first-class postage prepaid and deposited in Portland, Oregon.

Dated this 4th day of September, 2020.

**CHOCK BARHOUM LLP**

_____
John R. Barhoum, WSBA No. 42776
Email: john.barhoum@chockbarhoum.com
   *Attorneys for Defendant Walmart, Inc.*

**CERTIFICATE OF SERVICE - SOLO**